# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 13-cr-00239-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THURMAN L. FOSTER,

    Defendant.

_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **August 26, 2013 at 9:00 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **July 19, 2013** and responses to these motions shall be filed by **July 30, 2013**. It is further

ORDERED that a Trial Preparation Conference is set for **August 19, 2013 at 10:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

    3)     timing of presentation of witnesses and evidence;

    4)     anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED: July 2, 2013.

                                                           BY THE COURT:

                                                           RAYMOND P. MOORE
                                                           United States District Judge